IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALEXANDRE ZDENEK DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>JESSE SLAUGHTER, ET AL.,<br>Defendants. | Cause No.: CV 24-03-GF-DWM<br><br>ORDER |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 98) between the parties hereto,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 8th day of May 2025.

_____
Hon. Donald W. Molloy, District Judge
United States District Court